29 A.3d 369

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

v.

**Mark BROWN, Petitioner.**

**No. 27 EM 2011.**

Supreme Court of Pennsylvania.

Sept. 23, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of September, 2011, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending motions for credit for time served within 90 days of this order.